**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 07-6895**

———————

ANTHONY E. COLLINS,

Petitioner - Appellant,

versus

GENE M. JOHNSON,

Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Walter D. Kelley, Jr., District
Judge. (2:06-cv-00675-WDK)

———————

Submitted: November 15, 2007      Decided: November 21, 2007

———————

Before WILLIAMS, Chief Judge, and MOTZ and DUNCAN, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Anthony E. Collins, Appellant Pro Se.  Leah Ann Darron, Assistant
Attorney General, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony E. Collins seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 (2000) petition. The district court referred this case to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) (2000). The magistrate judge recommended that relief be denied and advised Collins that failure to file timely objections to this recommendation could waive appellate review of a district court order based upon the recommendation. Despite this warning, Collins failed to object to the magistrate judge's recommendation.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned of the consequences of noncompliance. Wright v. Collins, 766 F.2d 841, 845-46 (4th Cir. 1985); see also Thomas v. Arn, 474 U.S. 140 (1985). Collins has waived appellate review by failing to timely file specific objections after receiving proper notice. Accordingly, we deny a certificate of appealability and dismiss the appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

- 2 -